**In the Matter of Anthony A. MURASKI.**

**No. 303 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 6, 1997.

*NOTICE AND ORDER*

PER CURIAM.

AND NOW, this 6th day of February, 1997, it appearing that Anthony A. Muraski, a member of the Bar of this Commonwealth, has been suspended from the practice of law in the State of Michigan for a period of three years by the attached Notice of Suspension of the State of Michigan Attorney Discipline Board dated April 3, 1996, in accordance with Rule 216, Pa.R.D.E., it is

ORDERED that Anthony A. Muraski is hereby directed to inform this Court within thirty days from service of this Notice of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor.

MEMBERS
JAMES A. HURWITZ
  CHAIRPERSON
ALBERT L. HOLTZ
  VICE-CHAIRPERSON
MARIE FARRELL-DONALDSON
  SECRETARY
GEORGE E. BUSHNELL, JR.
ELAINE FIELDMAN
C. BETH DUNCOMBE
BARBARA B. GATTORN
MICHAEL R. KRAMER
C.H. DUDLEY, M.D.

STATE OF MICHIGAN

# Attorney Discipline Board

JOHN F. VAN BOLT
  EXECUTIVE DIRECTOR
- -
MARK A. ARMITAGE
  ASSOCIATE COUNSEL
- -
MARGARET L. AGIUS
  LEGAL ASSISTANT

719 GRISWOLD STREET
  SUITE 1910
DETROIT, MICHIGAN 48226
Area Code 313 980-5550
  Fax
Area Code 313 983-5571

## NOTICE OF SUSPENSION